UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| EDUARDO CHE RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>JARED D. LOZANO,<br><br>Respondent. | Case No. 5:19-cv-02127-GW (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the operative Petition is denied and this action is dismissed with prejudice.

Dated: January 11, 2021

_George H. Wu_
GEORGE H. WU
United States District Judge